IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD BUTLER,

    Plaintiff,

v.                                      CASE NOS. 1:07-cv-22-SPM-AK

JOHN E. POTTER, et al.,

    Defendants.

_____/

## **O R D E R**

By prior order, Plaintiff was directed to file an amended complaint synthesizing into one document claims he had variously made in three different lawsuits.  Doc. 13.  He was given until July 14, 2008, to accomplish that task.  Doc. 16.  Presently before the Court are Plaintiff's motion and amended motion to appoint counsel, Docs. 17 & 18, and motion to extend time.

As to the motions to appoint counsel, they are **DENIED**.  Appointment of counsel in a civil case is not a constitutional right.  It is a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner.  Fowler v. Jones, 899 F.2d 1088 (11th Cir. 1990).  While the issues are, of course, complex to Plaintiff, who is not an attorney, they are in fact neither novel nor complex from a legal standpoint, and indeed, much of the complexity has been caused by Plaintiff's filing three separate lawsuits and not cogently stated his claims in one filing.  Plaintiff is not expected to appreciate all of the legal niceties of litigation, but he must, at the very least,

apprise the Court of the facts and determine who the responsible parties are as previously explained to him.  Thus, appointment of counsel is not warranted, and the motion will be denied at this time.  As the court reviews the merits of this case once Plaintiff files the amended complaint, it will independently assess the complexity of the issues and will, on its own motion, appoint counsel if necessary.

As to the motion for extension of time, it is **GRANTED IN PART AND DENIED IN PART**.  While the Court will allow Plaintiff additional time to file the amended complaint, it cannot grant him the six months requested.  Accordingly, no later than **September 19, 2008**, Plaintiff shall file an amended complaint as explained to him in a previous order.  **Failure to respond to this Order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**;

**DONE AND ORDERED** this ___*18*<sup>th</sup>___ day of July, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**