IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD BUTLER,

    Plaintiff,

v.                                                 CASE NO. 1:07-cv-22-SPM-AK

JOHN POTTER, et al.,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc.22, Plaintiff's Motion for Extension of Time to File Amended Complaint.  Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.  Plaintiff shall file his amended complaint no later than **October 9, 2008**.  **This is the final extension of time which will be afforded to Plaintiff to comply with the Court's orders to file an amended complaint.  He is cautioned that failure to comply with these orders will result in a recommendation of dismissal to the district judge for failure to prosecute and to obey an order of the Court pursuant to Fed. R. Civ. P. 41(b) without further notice or warning.**

    **DONE AND ORDERED** this 18th day of September, 2008.

                                                S/A.Kornblum
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**