IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERALD BUTLER,

    Plaintiff,

v.                                          CASE NO. 1:07-cv-22-SPM-AK

JOHN POTTER,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 27, Defendant's Motion for Extension of Time to File Second Amended Complaint and for Appointment of Counsel. Having carefully considered the matter, the Court finds the request for extension of time is well taken, and it is **GRANTED**. Plaintiff shall file his second amended complaint no later than **January 8, 2009**. He is cautioned, however, that **no further extension of time shall be granted absent a showing of exigent circumstances**. As to his motion for appointment of counsel, the Court finds that the motion is not well taken, and it is **DENIED**. The motion, Doc. 27, is therefore **granted in part and denied in part**.

**DONE AND ORDERED** this 3rd day of December, 2008.

                                          S/A. Kornblum
                                          ALLAN KORNBLUM
                                          **UNITED STATES MAGISTRATE JUDGE**