# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**GERALD BUTLER,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 1:07cv22-SPM/AK**

**JOHN E. POTTER and**
**WILLIAM BURRUS,**

    **Defendant.**

_____/

## ORDER

This *pro se* case is before the Court on Plaintiff's second amended complaint with exhibits. Doc. 29. Named as defendants are the Postmaster General and the President of the American Postal Workers Union. Plaintiff has not, however, submitted any service copies of the second amended complaint, and thus, issuance of the summonses will be delayed pending receipt of the necessary copies for service.

Accordingly, it is **ORDERED:**

That no later than **February 26, 2009**, Plaintiff shall provide the Court with four (4) identical copies of his second amended complaint with exhibits for service on Defendants.

**Failure to submit the service copies as directed will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this  **27**th  day of January, 2009.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**